[No. 32151-7-III.   Division Three.   April 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY MICHAEL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00383-5, James J. Dixon, J., entered September 25, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 69051-5-I.   Division One.   April 21, 2014.]

PAUL COLVIN ET AL., *Appellants*, v. JAMES YOUNG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-06646-9, Thomas J. Wynne, J., entered July 12, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.

[No. 69105-8-I.   Division One.   April 21, 2014.]

ROBERT MATICHUK, *Appellant*, v. WHATCOM COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-2-01376-9, John M. Meyer, J., entered June 18, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 69122-8-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ARMANDO QUINTANILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06770-6, Jay V. White, J., entered July 27, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Schindler, J.